**Timothy KRAUS, Petitioner,**

v.

**James E. TAYLOR and Harris Fuel, Respondent.**

Supreme Court of Pennsylvania.

April 20, 1999.

Samuel Merovitz, James L. Rosenbaum, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 20th day of April, 1999, we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the following issues:

1. Whether the trial court committed error by finding Plaintiff waived his privilege granted under 42 Pa.C.S.A. § 5944 titled "Confidential Communications to Psychiatrists or Licensed Psychologists", 50 P.S. § 7111 titled "Mental Health Procedures Act" and 71 P.S. § 1690.108 titled "Drug and Alcohol Abuse Act" *solely* by making a claim for permanent injury thereby placing his life expectancy at issue, where there was no medical testimony that Plaintiff's life expectancy has been effected by the use of drugs or alcohol.

2. Whether the trial court erred in allowing evidence at trial of Appellant's history of drug and alcohol use.

This matter will be **SUBMITTED ON BRIEFS.**